In the Matter of THE PEOPLE OF THE STATE OF NEW YORK on the Application of GRANDVIEW DAIRY, INC., Appellant, for an Order of Mandamus against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.— Order denying application for an order of peremptory mandamus compelling the depart-

ment of health of the city of New York to rescind its denial of the petitioner's application for permission to use a hood seal outer cap on a milk bottle containing a certain name or mark, and requiring the department to permit the use of such cap, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.